UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | JUDGMENT IN A CIVIL CASE |
| Petitioner, | |
| vs. | |
| **A&W LEASING CORPORATION,** | CASE NO: 18-1040-STA-egb |
| Respondent. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Notice of Voluntary Dismissal entered on April 26, 2018, this cause is hereby dismissed without prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 4/26/2018

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk